GREENE, BROILLET & WHEELER LLP
Christine D. Spagnoli (SBN 126353) (cspagnoli@gbw.law)
222 N. Pacific Coast Highway, Suite 2100
P.O. Box 955
El Segundo, California 90245
Tel.: (310) 576-1200 / Fax: (310) 576-1220

NELSON & FRAENKEL, LLP
Gretchen Nelson (SBN 112566) (gnelson@nflawfirm.com)
Gabriel S. Barenfeld (SBN 224146) (gbarenfeld@nflawfirm.com)
601 So. Figueroa St., Suite 2050
Los Angeles, CA 90017
Tel.: (844) 622-6469 / Fax: (213) 622-6019

LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY
Troy Rafferty (PHV granted) (trafferty@levinlaw.com)
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996

*Attorneys for Plaintiff and the Proposed Settlement Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARGARET STEVENS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BRITAX CHILD SAFETY, INC.,<br><br>Defendant. | Case No.: 2:20-cv-07373-MCS-AS<br><br>CLASS ACTION<br><br>**JOINT NOTICE OF MOTION AND MOTION FOR ENTRY OF ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT, AND AWARDING CLASS REPRESENTATIVE SERVICE AWARD, ATTORNEYS' FEES AND EXPENSES, AND ADMINISTRATOR'S COSTS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>DATE: March 20, 2023<br>TIME: 9:00 a.m.<br>PLACE: First Street Courthouse, Courtroom 7C |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**NOTICE IS HEREBY GIVEN**, that on March 20, 2023, at 9:00 a.m. in Courtroom 7C of the United States District Court for the Central District of California, located at 350 West First Street, Los Angeles, California 90012, before the Honorable Marc C. Scarsi, Plaintiff Margaret Stevens and Defendant Britax Child Safety, Inc. (together, the "Parties") will and hereby do move the Court for Entry of Order Granting Final Approval of Class Action Settlement, and Awarding Class Representative Service Award, Attorneys' Fees and Expenses, and Payment of Settlement Administrator's Costs.

This motion is based on this Joint Notice of Notion and Motion, the attached Memorandum of Points and Authorities, the underlying Motion for Final Approval (Dkt. 72) and Motion for Attorney Fees and Expenses, etc. (Dkt. 71), including all exhibits thereto and all papers filed in support thereof, the accompanying Declaration of Gabriel S. Barenfeld, any argument of counsel, all papers and records on file in this case, and such other matters as the Court may consider.

DATED: February 23, 2023

**NELSON & FRAENKEL LLP**
Gretchen M. Nelson
Gabriel S. Barenfeld

By:  /s/ Gabriel S. Barenfeld
Gabriel S. Barenfeld

GREENE, BROILET & WHEELER LLP
Christine D. Spagnoli

LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.
Troy A. Rafferty (PHV)
trafferty@levinlaw.com
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Tel: (850) 435-7140
Fax: (850) 436-6140

Attorneys for Plaintiff Margaret Stevens and the Proposed Class

DATED: February 23, 2023

**FOLEY & LARDNER LLP**

/s/ Erik K. Swanholt
Erik K. Swanholt
Attorneys for Defendant Britax Child Safety, Inc.

# MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff Margaret Stevens and Defendant Britax Child Safety, Inc. ("Britax") (together, the "Parties") respectfully submit this Memorandum of Point and Authorities in Support of their Joint Motion for Entry of Order Granting Final Approval of Class Action Settlement, and Awarding Class Representative Service Award, Attorneys' Fees and Expenses, and Payment of Settlement Administrator's Costs.

## I. Background

On October 24, 2022, Plaintiff filed a Motion for Final Approval of Class Action Settlement (Dkt. 72) as well as a Motion for Approval of Class Representative Service Award, Attorneys' Fees and Expenses, and Payment of Settlement Administrator's Costs (Dkt. 71) (together, "Final Approval Motions").

On November 18, 2022, Britax gave notice of the Class Action Settlement to the required federal and state officials, pursuant to the Class Action Fairness Act of 2005 (CAFA), 28 U.S.C. § 1715 (b).

On November 21, 2022, the Court heard Plaintiff's Final Approval Motions, at which time Britax requested conditional approval of those Motions (Dkt. 77, Minute Order) because the 90-day period for governmental officials to file any objections to the Class Action Settlement did not expire until February 16, 2023. 28 U.S.C. § 1715 (d).

On December 12, 2022, the Court issued the Tentative Approval Order granting the Final Approval Motions. (Dkt. 78, Tentative Final Approval Order at p. 2.) In that Order, the Court stated that the "Final Approval Order shall not be effective until February 26, 2023, ten days after the objection deadline." (*Id.*) The Court also directed the Parties to "[f]ile a joint motion, after February 16, 2023, requesting entry of the Final Approval Order" in the event no objections were filed by any governmental officials by that date. (*Id.*)

## II. The Court Should Enter the Order Granting the Final Approval Motions

The 90-day notice period under 28 U.S.C. § 1715 (d) has lapsed, and, to date, no governmental entity has filed an objection to the Class Action Settlement. (Barenfeld Decl. ¶ 4.) Accordingly, the Parties request that the Court enter the Final Approval Order granting the Class Action Settlement, and awarding class action representative service fee award, attorneys' fees and expenses, and payment of the settlement administrator's costs. (Dkt. 78 at pp. 3-7.)

DATED: February 23, 2023

NELSON & FRAENKEL LLP
Gretchen M. Nelson
Gabriel S. Barenfeld

By: /s/ Gabriel S. Barenfeld
Gabriel S. Barenfeld

GREENE, BROILET & WHEELER LLP
Christine D. Spagnoli

LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.
Troy A. Rafferty (PHV)
trafferty@levinlaw.com
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Tel: (850) 435-7140
Fax: (850) 436-6140

*Attorneys for Plaintiff Margaret Stevens and the Proposed Class*

DATED: February 23, 2023

**FOLEY & LARDNER LLP**

/s/ Erik K. Swanholt
Erik K. Swanholt
Attorneys for Defendant BRITAX CHILD SAFETY, INC.

   * Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that the other signatory listed, and on whose behalf this filing is submitted, concurs in the filing content and has authorized this filing.

DATED:  February 23, 2023   /s/ Gabriel S. Barenfeld
Gabriel S. Barenfeld

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 601 South Figueroa Street, Suite 2050, Los Angeles, California 90017.

On February 23, 2023, I caused to be served the foregoing document(s) described JOINT NOTICE OF MOTION AND MOTION FOR ENTRY OF ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT, AND AWARDING CLASS REPRESENTATIVE SERVICE AWARD, ATTORNEYS' FEES AND EXPENSES, AND ADMINISTRATOR'S COSTS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF on the parties in this action addressed as follows:

| | |
|---|---|
| Erik K. Swanholt<br>Kristina M. Fernandez Mabrie<br>Alyssa L. Titche<br>FOLEY & LARDNER LLP<br>555 South Flower Street, Suite 3300<br>Los Angeles, CA 90071-2411<br>Telephone: 213.972.4500<br>Facsimile: 213.486.0065<br>Email: eswanholt@foley.com<br>kfernandezmabrie@foley.com<br>atitche@foley.com | |
| LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.<br>Troy A. Rafferty (PHV)<br>trafferty@levinlaw.com<br>316 S. Baylen St., Suite 600<br>Pensacola, FL 32502<br>Tel: (850) 435-7140<br>Fax: (850) 436-6140 | Christine D. Spagnoli<br>GREENE BROILLET & WHEELER, LLP<br>222 N. Pacific Coast Highway, Suite 2100<br>P.O. Box 955<br>El Segundo, CA 90245<br>Tel: (310) 576-1200<br>Facsimile: (310) 576-1220<br>Email: cspagnoli@gbw.law |

_____ BY E-MAIL: I caused a copy of the document(s) to be sent to the person(s) at the email addresses listed in the Service List.

_____ BY PERSONAL SERVICE: I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

_____ BY OVERNIGHT DELIVERY: I cause such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

_____ BY MAIL: as follows: I am "readily" familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

__X__ BY CM./ECF: by electronic filing system with the clerk of the Court which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have filed a Notice of Consent to Electronic Service in this action.

I declare I am an employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on Thursday, February 23, 2023 at Los Angeles, California.

　/s/ Karina Torres
Karina Torres