JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:20-cv-07373-MCS-AS | Date | March 14, 2023 |
| Title | *Margaret Stevens v. Britax Child Safety Inc.* | | |

Present: The Honorable Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s): None Present

Attorney(s) Present for Defendant(s): None Present

**Proceedings:** (IN CHAMBERS) ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT, AWARDING CLASS REPRESENTATIVE SERVICE AWARD, ATTORNEYS' FEES AND EXPENSES, AND PAYMENT OF SETTLEMENT ADMINISTRATOR'S COSTS (ECF No. 79) (JS-6)

The Court has considered the Parties' Joint Motion for Entry of an Order Granting Final Approval of Class Action Settlement, and Approving Class Representative Service Award, Attorneys' Fees and Expenses, and Payment of Settlement Administrator's Costs, the Memorandum of Points and Authorities in Support thereof, the underlying Motion for Final Approval, (Final Approval Mot., ECF No. 72), and Motion for Attorney Fees and Expenses, etc., (Fee Mot., ECF No. 71), including all exhibits thereto and all papers filed in support thereof, and the accompanying Declaration of Gabriel S. Barenfeld.

The 90-day deadline for a governmental entity to object to the Class Action Settlement following notice under the Class Fairness Act of 2005 (CAFA), 28 U.S.C. § 1715, has expired. No governmental entity has filed an objection to the Class Action Settlement.

**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED AS FOLLOWS:**

The Court hereby adopts and enters its Tentative Order Granting Final Approval of Class Action Settlement; and Awarding Class Representative Service Award, Attorneys' Fees and Expenses and Payment of Settlement Administrator's Costs. (Tentative Order 3–7, ECF No. 78.) The Court directs the Clerk to close the case.

**IT IS SO ORDERED.**